THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITIZENS OF THE EBEY'S RESERVE FOR A HEALTHY, SAFE AND PEACEFUL ENVIRONMENT; ROBERT WILBUR; and MARYON ATTWOOD,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY,<br><br>Defendant. | Case No. 2:19-cv-01041-MJP<br><br>STIPULATED MOTION FOR EXTENSION OF RESPONSIVE PLEADING DEADLINE |

Plaintiffs, CITIZENS OF THE EBEY'S RESERVE FOR A HEALTHY, SAFE AND PEACEFUL ENVIRONMENT; ROBERT WILBUR; and MARYON ATTWOOD, filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA") against Defendants UNITED STATES DEPARTMENT OF THE NAVY, seeking disclosure of certain documents. The parties, through their counsel, are currently engaged in discussions regarding potential resolutions. The parties intend to work cooperatively to attempt to resolve this litigation without motion practice and therefore agree and stipulate that there is good cause to extend any responsive pleading deadline until September 20, 2019. If at any time before September 20, 2019

STIPULATED MOTION
2:19-cv-01041-MJP
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

days it becomes apparent that resolution between the parties is not feasible, the parties will submit a proposed schedule to the Court.

DATED this 28th day of August, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA #47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4358
Fax: 206-553-4067
Email: katie.fairchild@usdoj.gov

*Attorneys for Defendants*

*s/ David A. Bricklin*
DAVID A. BRICKLIN, WSBA No. 7583
bricklin@bnd-law.com
Claudia M. Newman
newman@bnd-law.com
BRICKLIN & NEWMAN, LLP
1424 Fourth Avenue, Suite 500
Seattle, WA 98101

*Attorneys for Plaintiffs*

STIPULATED MOTION
2:19-cv-01041-MJP
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is hereby ORDERED.

Dated this 28th day of August, 2019.

_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge

STIPULATED MOTION
2:19-cv-01041-MJP
PAGE– 3