District Judge Marsha J. Pechman

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CITIZENS OF THE EBEY'S RESERVE FOR A HEALTHY, SAFE, AND PEACEFUL ENVIRONMENT; ROBERT WILBUR; and MARYON ATTWOOD,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY,<br><br>Defendant. | CASE NO.  2:19-cv-01041-MJP<br><br>STIPULATED ORDER FOR DISMISSAL<br><br>Noted for Consideration:<br>August 19, 2020 |

The above-captioned action having been settled, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of this case.

//
//
//
//
//
//

STIPULATED ORDER FOR
DISMISSAL - 1
(CASE NO. C19-01041-MJP)

UNITED STATES ATTORNEY
1201 P<small>ACIFIC</small> A<small>VENUE</small>, S<small>UITE</small> 700
T<small>ACOMA</small>, W<small>ASHINGTON</small> 98402
(253) 428-3800

1      DATED this 19th day of August, 2020.

Respectfully Submitted,

BRIAN T. MORAN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington  98402
Phone: (253) 428-3824
Email: michelle.lambertn@usdoj.gov

*Attorneys for Defendant*


BRICKLIN & NEWMAN, LLP

By: *s/ Zachary Griefen*
Zachary K. Griefen, WSBA No. 48608
1424 Fourth Avenue, Suite 500
Seattle, WA 98101
Tel:  (206) 264-8600
Fax: (206) 264-9300
Email:  griefen@bnd-law.com

*Attorneys for Plaintiffs*

STIPULATED ORDER FOR
DISMISSAL - 2
(CASE NO. C19-01041-MJP)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800


## **ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED for the reasons set forth in the Stipulation.  This case is dismissed with prejudice.

DATED this 19th day of August, 2020.

_____
Marsha J. Pechman
United States Senior District Judge

STIPULATED ORDER FOR
DISMISSAL - 3
(CASE NO. C19-01041-MJP)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800